# First District Court of Appeal
## State of Florida

—————————————————

No. 1D17-4771

—————————————————

Frank Adams,

Appellant,

v.

Mark S. Inch and Maxwell
Steel, M.D.,

Appellees.

—————————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 3, 2019

Per Curiam.

Affirmed.

B.L. Thomas, C.J., and Bilbrey and Winokur, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Frank L. Adams, pro se, Appellant.

Duke Regan and Adam Prom of Hall, Booth, Smith, P.C., Jacksonville, for Appellee Maxwell Steel, M.D.